**ORDR**
CHARLES R. GOODWIN, ESQ
Nevada Bar No. 14879
GOODWIN LAW GROUP, PLLC
6671 S Las Vegas Blvd Suite 210
Las Vegas, NV 89119
(702) 472-9594
charles@goodwinlawgroup.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:24-mj-00779-DJA |
| vs. | ) STIPULATION TO CONTINUE |
| | ) TRIAL DATES (First Request) |
| RONNIE FELIZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Sue Fahimi, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Charles R. Goodwin, Esq. counsel for Ronnie Feliz, that the trial scheduled for Wednesday, January 29th, 2025 at 9 a.m. be vacated and set to another date convenient to the court after February 28th, 2025.

The Stipulation is entered into the following reasons:

- Defense Counsel had an issue accessing the discovery and just recently has been able to review it.
- The defendant is not currently detained pending trial and does not object to a continuance.
- Defense counsel will be in trial during the third week of February in the Eighth Judicial District Court of the State of Nevada that is projected to take at least two weeks (C-19-343540-2; State of Nevada vs. Kimball Sachs)

- Denial of this request for a bench trial continuance would be prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.
- Denial of this request for continuance could result in a miscarriage of justice.
- This matter is likely to be resolved without the necessity of a trial.
- This is the first request for continuance of the trial in this case.

DATED this 24th day of January, 2025.

Respectfully submitted by:

Charles R Goodwin
Attorney for Mr. Feliz

| /s/Charles R Goodwin | /s/Skyler Pearson |
|---|---|
| Charles R Goodwin, Esq. | Skyler Pearson, Esq. |
| Nevada Bar Number 14879 | Assistant United States Attorney |
| Goodwin Law Group, PLLC | United States Attorney's Office District of Nevada |

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:24-mj-00779-DJA |
| ) | |
| vs. ) | ORDER CONTINUING BENCH TRIAL |
| ) | |
| RONNIE FELIZ, ) | |
| ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for January 29th, 2025, at the hour of 9:00 a.m., be vacated and continued until a date after February 28th, 2025, to **April 9, 2025 at 9:00 a.m.**

DATED this 27th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3