CHARLES R. GOODWIN, ESQ
Nevada Bar No. 14879
GOODWIN LAW GROUP, PLLC
6671 S Las Vegas Blvd Suite 210
Las Vegas, NV 89119
(702) 472-9594
charles@goodwinlawgroup.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:24-MJ-779-DJA |
| ) | |
| vs. ) | |
| ) | |
| RONNIE JESSIE FELIZ, ) | STIPULATION TO WITHDRAW PLEA |
| ) | AND CLOSE THE CASE |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Charles R. Goodwin, Esq. counsel for Ronie Feliz, that Mr. Feliz be allowed to withdraw his plea of guilty to count one of the complaint and enter a plea of guilty to an amended Count One charge of Reckless Driving with the Court imposing the sentence for the Reckless Driving charge that Mr. Feliz has already completed and vacate any future court hearings in this matter.

The Stipulation is entered into the following reasons:

1. Mr. Feliz was ordered to fulfill the following conditions: Pay a $500 fine and $10 mandatory penalty assessment, Attend and complete the lower court counseling's DUI course and Victim Impact Panel; attend and complete an eight hour online alcohol awareness course; a 6-month restriction from the Lake

Mead National Recreation Area, and the defendant must not violate any local, state, or federal laws.

2. Mr. Feliz has paid the fine.
3. Mr. Feliz has completed the required classes (Exhibit A)
4. Mr. Feliz has stayed away from the Lake Mead National Recreation Area for more than six months.
5. Mr. Feliz has not violated any local, state, or federal laws.
6. Mr. Feliz did not object to the Court withdrawing his plea and using the original canvass to enter a guilty plea to the amended count one of Reckless Driving without him being present.
7. Granting the stipulation is in the interest of judicial efficiency.

DATED this 31st day of October, 2025.

Respectfully submitted by:

Charles R Goodwin
Attorney for Mr. Feliz

*Charles Goodwin*                         /s/Skyler Pearson
Charles R Goodwin, Esq.                   Skyler Pearson, Esq.
Nevada Bar Number 14879                   Assistant United States Attorney
Goodwin Law Group, PLLC                   United States Attorney's Office

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:24-MJ-779-DJA |
| vs. | ) |
| RONNIE JESSIE FELIZ, | ) STIPULATION TO WITHDRAW PLEA |
| | ) AND CLOSE THE CASE |
| Defendant. | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Mr. Feliz's plea of GUILTY to Count One on the complaint is withdrawn;

IT IS ORDERED that Count One of the complaint is amended to RECKLESS DRIVING;

IT IS FURTHER ORDERED that Mr. Feliz's plea of Guilty to the amended Count One of RECKLESS DRIVING is accepted, and he is sentenced as the Court has already previously sentenced him, and any future court dates are vacated, and this case closed.

DATED this 4th day of November 2025.

_____
UNITED STATES MAGISTRATE

3

Ronnie Jesse Feliz



# Victim Impact Panel Certificate of Completion

**Name:** Ronnie Jesse Feliz

This document certifies that the above-named individual has successfully completed the 90-minute CDC Victim Impact Panel in the State of Nevada.

**Date of Completion:** July 13, 2025
**Case Number:** 2:24-mj-00779-DJA

*Denise Langis*
**Signature**
Lic. DUI000049976
www.pay60dui.com
www.CertifiedDrivingCenter.com

July 13, 2025
**Date**
info@CertifiedDrivingCenter.com
Ph.# 775-562-0505
$60 DUI School



## Certificate of Completion - $60 DUI School

The person named below has successfully completed Certified Driving Center LLC/$60 DUI School

Level 1-8 hour DUI Course. DMV License #DUI000049976

**Name:** Ronnie Jesse Feliz

**Date of Birth:** December 24, 1981

**Judge's Name:** Daniel Albregts

**Attorney:** Charles Goodwin

**Court Case #:** 2:24-mj-00779-DJA

**Course Final Score:** 72.00

**Court of Jurisdiction:** US District Court

**Court Ordered Completion Date:** November 7, 2025

**Completion Date:** July 15, 2025

*Denise Langis*

Denise Langis
Lic. DUI000049976

July 15, 2025



*This document certifies that the above-named person has successfully completed the Nevada DMV licensed Level 1-8 hour DUI Course. By presenting this document to the court on his or her behalf swears under penalty of perjury that they are the individual who is required by the court to attend the DUI Course.*

# Certificate of Completion

**This certifies that the person named below has completed an 8 Hour Drug and Alcohol Awareness Class**

### COURSE FOR DRUGS & ALCOHOL
### DRUG & ALCOHOL AWARENESS CLASS

Ronnie J. Feliz

14711 Dinard Ave, Norwalk, CA 90650

Date of Birth: 12/24/1981

Date of Course Completion: 07/14/2025

Certificate Number: 1510941

*Robert Williams* (signature)



Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@coursefordrugsandalcohol.com